UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,
v.                              **Case No. 8:18-CR-00390-EAK-JSS**

**GABRIEL JOSE CHIQUITO-CATAGUA,**
    Defendant.
_____/

## SENTENCING MEMORANDUM OF THE DEFENDANT AND MOTION FOR VARIANCE

COMES NOW Defendant, **GABRIEL JOSE CHIQUITO-CATAGUA**, by and through undersigned counsel, and hereby submits the following memorandum of law, for consideration by the Court at sentencing for this matter:

## SENTENCING MEMORANDUM

Pursuant to 18 U.S.C. §3553 and *U.S. v. Booker,* 125 S.Ct. 738 (2005), the Defendant requests the Court to vary downward to the ten-year minimum mandatory. In the alternative, the Defendant hopes this Court will issue a sentence no greater than thirteen years imprisonment, based on *Booker* and 18 U.S.C. §3553. The Defendant submits that such a sentence is sufficient but not greater than necessary to reflect the severity of the offense, promote respect for the law, and would provide a just punishment for the offense, pursuant to 18 U.S.C. §3553(a)(2).

### I. Personal and Family Characteristics

The Defendant adopts the facts as asserted in the personal and family data in the PSIR. As demonstrated, the Defendant has lived in extreme poverty for his entire life, prior to his arrest in this case. The Defendant moved away from his family in Salinas, Ecuador, where he his lived for his entire life, to Esmeralda, Ecuador, to pursue fishing work. The sole purpose of the Defendant's relocation was to find work to provide for his girlfriend and seven year old daughter, as well as to satisfy child support arrears for his three older children.

1

The Defendant completed school through the second grade before his parents could no longer afford his education. As a result, his reading and writing skills are very limited, and only in the Spanish language. The Defendant reportedly began working as a fisherman at the age of 16. Although the Defendant was raised on a farm where his father was employed, his primary source of employment has been fishing, due to his limited education and opportunities in Ecuador. His participation in this venture was largely a result of necessity, in an attempt to pay back-due child support and to provide for his seven year old daughter. The Defendant was the sole provider for his youngest child prior to his involvement in this case. The circumstances surrounding the Defendant's involvement in this case should be greatly considered by this Court in determining an adequate sentence, as these unique circumstances establish the Defendant's state of mind, intent, and motivation to engage in this course of conduct.

## SENTENCING RECOMMENDATIONS

The Defendant wishes to serve his sentence of incarceration at McRae Correctional Facility, in Helena, GA. The Defendant also wishes to participate in any educational programs while incarcerated, so that he may learn the English language, refine his reading and writing capabilities in the Spanish language, and learn skills such as carpentry, welding, and mechanics so that he may secure employment upon release.

## CONCLUSION

The Defendant respectfully requests this Honorable Court will find that he qualifies for a reduction in his Guideline sentence, and sentence him to the minimum mandatory of ten years imprisonment for this offense. In the alternative, the Defendant hopes this Court will vary downward from the Guidelines based on the personal characteristics detailed above. A Level 33 sentence at the bottom of the guidelines, providing for approximately 156-month imprisonment, would temper justice with mercy, all within the discretion of the Court. The Defendant respectfully requests this Court to

consider his personal characteristics, his living conditions, and motivation to commit the instant offense in determining an appropriate sentence for this matter, while honoring the sentencing recommendations set forth in this memorandum in anticipation of his sentencing hearing on May 22, 2019, at 2:00 p.m.

                Respectfully submitted,

                Law Offices of Charles M. Britt, III
                1101 6th Avenue West
                Bradenton, Florida 34205
                O: (941) 747-4440
                F: (941) 744-2873
                CharlesBrittatty@aol.com

              By: *s/ Charles M. Britt, III*
                    Charles M. Britt, III, Esq.
                    Florida Bar No. 0017944

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15 day of May, 2019, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of Court, which will send a notice electronically to the Office of the Assistant United States Attorney.

              By: *s/ Charles M. Britt, III*
                    Charles M. Britt, III, Esq.
                    Florida Bar No. 0017944